

**Easton Thompson Kasperek Shiffrin** | criminal defense team

January 7, 2022

Hon. Elizabeth A. Wolford
United States District Court Judge
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *US v Michael Tremiti, et al.*
    Indictment no.: 18-cr-108

Dear Judge Wolford:

I have reviewed the letter submissions filed on behalf of codefendants Robert Morgan and Todd Morgan on this date and on behalf of Mr. Tremiti, join in each of the arguments and requests for relief made therein.

                              Sincerely,

                              Easton Thompson Kasperek Shiffrin LLP

                              Donald M. Thompson

DMT:sb
xc: Mr. Michael Tremiti

**Partners**
William T. Easton
Donald M. Thompson
Lawrence L. Kasperek
Brian Shiffrin
Rhian D. Jones

**Associate**
Yousef N. Taha

**Office Manager**
Victoria Pellett

**The Powers Building**
16 West Main Street
Suite 243
Rochester, New York
14614

**OFFICE** (585) 423.8290
**FAX** (585) 423.0890

www.etksdefense.com

Easton Thompson Kasperek Shiffrin LLP